Supreme Court of the State of New York denied. *Mr. William S. Jenney* for petitioner. *Mr. Frank Gibbons* for respondent.

---

No. 579. EDWARD A. RUMELY ET AL. *v.* UNITED STATES. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter C. Noyes, Mr. William L. Wemple, Mr. Arthur G. Hays* and *Mr. Henry B. Johnson* for petitioners. *Mr. Solicitor General Beck* and *Mr. LeRoy L. Hight* for the United States.

---

No. 584. IRVING BANK-COLUMBIA TRUST COMPANY *v.* NEW YORK RAILWAYS COMPANY ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward Cornell, Mr. Frank D. Pavey, Mr. Martin A. Schenck* and *Mr. William J. Hughes* for petitioner. *Mr. Edwin S. S. Sunderland* and *Mr. Mansfield Ferry* for respondents.

---

No. 438. BESTWALL MANUFACTURING COMPANY *v.* UNITED STATES GYPSUM COMPANY. November 12, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Laurence A. Janney* for petitioner. *Mr. W. Clyde Jones* for respondent.

---

No. 554. COWOKOCHEE *v.* JAMES A. CHAPMAN ET Error to the Supreme Court of the State of Oklahoma. November 12, 1923. Petition for a writ of certiorari herein denied. *Mr. Lewis C. Lawson,* for plaintiff in error, in support of the petition. No appearance for defendants in error.